IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **THOMAS CHRISTOPHER MCDONALD,** | 2:16-cv-1551 JAM AC P |
| Petitioner, | |
| v. | [~~PROPOSED~~] ORDER |
| **ROSEMARY NDOH,** | |
| Respondent. | |

Good cause appearing, IT IS HEREBY ORDERED THAT Respondent's response to Petitioner's petition for writ of habeas corpus be filed on or before November 16, 2016.

DATED: October 17, 2016

*/s/ Allison Claire*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

1